

P.V.S.P
WILLIS L. CREECH G-26126
A2-140-U
P.O. BOX 8500
COALINGA, CA. 93210



FILED
JUL 11 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. DISTRICT COURT OF APPEALS - NORTHERN DISTRICT
SAN FRANCISCO DIVISION
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

RE: CASE # 11-CV-03670-CRB

JUNE 25, 2012

TO WHOM IT MAY CONCERN,

I CURRENTLY HAVE A CASE PENDING WITH YOUR COURT. THE CASE NUMBER TO REFERENCE IS WRITTEN ABOVE. CAN YOU PLEASE TELL ME HOW LONG I SHOULD EXPECT TO WAIT ON THE COURTS DECISION TO BE MADE? THIS PIECE OF INFORMATION WOULD BE GREATLY APPRECIATED. THANK YOU VERY KINDLY AND HAVE A GREAT WEEK!

SINCERELY,
Willis L. Creech Jr.
WILLIS L. CREECH JR.

Pleasant Valley State Prison
Willis Creek (G-26126)
A2-140 4
P.O. Box 8500
Coalinga, Ca. 93210

CRB

U.S. District Court, of
San Francisco Division
450 Golden Gate Ave. 16th Floor Rm. 161111
San Francisco, Ca. 94102

FILED
JUL 11 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OAKLAND CA 945
05 JUL 2012 PM 5 L