United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

WILLIS LAVONE CREECH,

No. CV 11-03670 CRB

12

Petitioner,

13

v.

**JUDGMENT**

14

ROBERT H. TRIMBLE, Warden, Pleasant
Valley State Prison,

15

16

Respondent.

17

PEOPLE OF THE STATE OF CALIFORNIA,

Real Party in Interest.

18

_____/

19

20

The Court, having denied the petition for a writ of habeas corpus, enters judgment in

favor of Respondent and against Petitioner.

21

**IT IS SO ORDERED.**

22

23

Dated: July 12, 2013

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

24

25

26

27

28

G:\CRBALL\2011\3670\judgment.wpd