ORIGINAL                                                                                          ORIGINAL

1  Robert J. Beles Bar No. 41993
   Paul McCarthy Bar No. 139497
2  Law Offices of Beles & Beles
   One Kaiser Plaza, Suite 2300
3  Oakland, California 94612-3642
   Tel No. (510) 836-0100
4  Fax. No. (510) 832-3690

5  Attorneys for *Petitioner*
   WILLIS LAVONE CREECH

6

7

8                    United States District Court
                     Northern District of California
9

10 | WILLIS LAVONE CREECH,                 | No. 3:11-cv-03670-CRB

11 |         *Plaintiff*,                  | NOTICE OF APPEAL
   |              vs.
12 |
13 | ROBERT H. TRIMBLE, , Warden, Pleasant
   | Valley State Prison,
14 |         *Respondent*.
15 | PEOPLE OF THE STATE OF CALIFORNIA,
16 |         *Real Party in Interest*.

17

18                              **NOTICE OF APPEAL**

19     To the clerk of the Northern District of California:

20     Please take notice that petitioner appeals from the Judgment denying petitioner's Petition

21 for Writ of Habeas Corpus, entered in this case on July 12, 2013, to the United States Court of

22 Appeal for the Ninth Circuit. Petitioner will be filing a prisoner's application to proceed in

23 forma pauperis and requests that the filing fee be deferred until that time.

       Dated: Oakland, California, Tuesday July 30, 2013.
24

25
                                              s/ Paul McCarthy
26                                            _____
                                              Robert J. Beles
27                                            Paul McCarthy
                                              Attorneys for *Petitioner*
28                                            WILLIS LAVONE CREECH

                                         1
                                  Notice of Appeal